IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW J. RHODES, | : | Civil Action No. 3:12-CV-1138 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CAROLYN COLVIN, | : | |
| *Commissioner of Social Security,* | : | |
| | : | |
| Defendant. | : | |

**ORDER**

March 19, 2014

    In accordance with the memorandum issued today's date, IT IS HEREBY ORDERED THAT:

1. The clerk is directed to change the named defendant from former Commissioner of Social Security, Michael J. Astrue, to acting Commissioner, Carolyn Colvin.

2. The decision of the Commissioner of Social Security denying disability insurance benefits to Andrew J. Rhodes is REVERSED AND REMANDED.

3. The clerk is directed to close the case file.

                              BY THE COURT:

                              s/ Matthew W. Brann
                              Matthew W. Brann
                              United States District Judge